IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-10028
Summary Calendar
_____

LAWRENCE WAYNE AUTREY,

Petitioner-Appellant,

versus

JANIE COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF
CRIMINAL JUSTICE, INSTITUTIONAL DIVISION,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:99-CV-1053-Y
--------------------
December 14, 2001

Before JONES, SMITH and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Laurence W. Autrey ("Autrey"), Texas state prisoner # 665650, appeals the denial of his petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254. He argues that there was insufficient evidence to support his conviction for burglary of a habitation with intent to commit aggravated sexual assault.

We have reviewed the record, the briefs of the parties, and the applicable law, and we find no reversible error. The Texas Court of Appeals did not unreasonably conclude that any rational trier of fact could have found, beyond a reasonable doubt, that

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the evidence showed that Autrey had the intent to commit sexual assault.  <u>See</u> <u>Williams v. Taylor</u>, 529 U.S. 362, 409 (2000); <u>Jackson v. Virginia</u>, 443 U.S. 307, 319 (1979).  The district court's judgment denying Autrey's habeas petition is AFFIRMED.